**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph DERHAMMER, Petitioner**

**No. 417 MAL 2016**

Supreme Court of Pennsylvania.

December 27, 2016

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Superior Court erred when it upheld Petitioner's conviction pursuant to a statute declared unconstitutional by this Honorable Court in *Commonwealth v. Neiman?*